UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**SAFRON HUOT**,

           Plaintiff,

v.

**MONTANA STATE DEPARTMENT OF CHILD AND FAMILY SERVICES, ET AL.**,

           Defendants.

Case No. 3:16-cv-01767-KI

JUDGMENT

Safron Huot
211 N. Ceder
Apt. # 104
Anaconda, MT 59711

    *Pro Se* Plaintiff

KING, Judge:

    BASED ON THE RECORD, this action is dismissed without prejudice.

    IT IS SO ORDERED.

    DATED this   13th   day of September, 2016.

                      /s/ Garr M. King
                      Garr M. King
                      United States District Judge